## GRIFFIN v. STATE.
### No. 17955.

Court of Criminal Appeals of Texas.
Feb. 26, 1936.

Baker & Baker, of Coleman, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is possession of whisky for the purpose of sale; the punishment, confinement in the penitentiary for three years.

Pending appeal, the law under which appellant was convicted has been repealed.

The judgment is reversed, and the prosecution ordered dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## GALLIA v. STATE.
### No. 18022.

Court of Criminal Appeals of Texas.
Feb. 26, 1936.

C. L. Stavinoha, of Hallettsville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Aggravated assault is the offense; penalty assessed at a fine of $40.

The indictment is regular and properly presented. In the other proceedings, including the charge of the court, we have perceived no error which would authorize a reversal of the judgment. The evidence which was heard before the trial court is not brought up for review.

The judgment is affirmed.